**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 11a0744n.06

**Case No. 09-1532**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**

*Nov 01, 2011*

LEONARD GREEN, Clerk

| | |
|---|---|
| EDWARD JAMES CROMER, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| MELINDA K. BRAMAN, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |
| | ) |
| _____ | ) |
| | ) |
| | ) |

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF MICHIGAN

BEFORE: BATCHELDER Chief Judge; COLE and GIBBONS, Circuit Judges.

ALICE M. BATCHELDER, Chief Judge. Edward Cromer, a pro se plaintiff imprisoned

at the Alger Maximum Correctional Facility in Michigan, brought claims against various prison

officials for violations of numerous constitutional rights and retaliation for the exercise of his First

Amendment rights. In an order dated March 31, 2008, the district court dismissed several of

Cromer's claims. In an opinion dated March 25, 2009, the district court adopted the report and

recommendation of the magistrate judge, denying Cromer's motion for summary judgment and

granting Appellees' motion for summary judgment on the remaining claims. Cromer appealed.

After carefully reviewing the district court's opinion, the magistrate judge's report and

recommendation, Cromer's brief,[1] and the extensive record in this case, we conclude that the district

---

[1]The Defendants-Appellees elected not to file a brief, relying instead on their filings in the court below and
the opinion of the district court.

court did not err in denying summary judgment to Cromer and granting summary judgment to the defendants.  As the district court correctly set out the applicable law and correctly applied that law to the facts contained in the record, issuance of a full written opinion by this court would serve no useful purpose.  Accordingly, for the reasons stated in the district court's opinion, we **AFFIRM**.